UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GABALDON,<br><br>  Plaintiff,<br><br> v.<br><br>J. BROWN, et al.,<br><br>  Defendants. | 1:20-cv-01443-GSA (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Document# 9) |

Plaintiff is a state prisoner proceeding *pro se* and in *forma pauperis* with this civil rights action pursuant to 42 U.S.C. Section 1983.

On November 12, 2020, plaintiff filed an application to proceed *in forma pauperis*. Due to the fact that the court granted plaintiff's previous application to proceed *in forma pauperis* in the present case on October 21, 2020, IT IS HEREBY ORDERED THAT plaintiff's application of November 12, 2020, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

   Dated:   **November 19, 2020**          **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

1