UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GABALDON, | No. 1:20-cv-01443-DAD-GSA (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| J. BROWN, et al., | |
| Defendants. | (Doc. No. 13) |

Plaintiff Linda Gabaldon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2020, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed due to plaintiff's failure to state a claim upon which relief may be granted, failure to comply with a court order, and failure to prosecute the case.  (Doc. No. 13.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id*. at 2.)  To date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on December 4, 2020 (Doc. No. 13) are adopted;
2. This action is dismissed due to plaintiff's failure to prosecute and failure to comply with a court order; and,
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 20, 2021**

UNITED STATES DISTRICT JUDGE